UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 12/19/2022

BRUCE ARNOLD,

                Plaintiff,

v.

IRIS PROPERTIES, INC.,

                Defendants.

Civil Action No. 1:22-cv-4223-CM

### [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE JUDY ARNOLD, TRUSTEE OF THE ARNOLD LIVING TRUST AS PLAINTIFF

**THIS MATTER** having come before the Court on the Notice of Suggestion of Death and Motion to Substitute Proper Party, and it appearing based upon the Memorandum of Law filed in support of this Motion, and all pleadings, affidavits and other documents filed in this matter, that there is good cause shown and Judy Arnold, Trustee of *THE ARNOLD LIVING TRUST* is hereby substituted as Plaintiff in this matter going forward.

**IT IS ORDERED** on this 12th day of December, 2022,

**SO ORDERED.**

*/s/ Colleen McMahon*

**HON. COLLEEN McMAHON**